NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT WEGMANN,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )     Case No. 2D17-2030
                                         )
ALLSTATE PROPERTY &                      )
CASUALTY INSURANCE                       )
COMPANY,                                 )
                                         )
          Appellee.                      )
_____  )

Opinion filed May 18, 2018.

Appeal from the Circuit Court for
Manatee County; Gilbert A. Smith,
Jr., Judge.

Victor Kline of Greenspoon Marder,
P.A., Orlando; David A. Spain and
Hans Kennon of Morgan & Morgan,
P.A., Orlando, for Appellant.

Kevin D. Franz and Kansas R.
Gooden of Boyd & Jenerette, P.A.,
Coconut Creek and Jacksonville, for
Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.